**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-2540**

_____

TYRONE HURT,

            Plaintiff – Appellant,

       v.

U. S. SECRET SERVICE AGENCY, ET AL.; UNITED STATES OF
AMERICA, ET AL.,

            Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Peter J. Messitte, Senior District
Judge.  (8:12-cv-03279-PJM)

_____

Submitted:  April 16, 2013            Decided:  May 6, 2013

_____

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Tyrone Hurt, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Hurt appeals the district court's order dismissing this action for failure to comply with Fed. R. Civ. P. 8(a). We have reviewed the record and find no reversible error. Accordingly, we grant leave to appeal in forma pauperis and affirm for the reasons stated by the district court. Hurt v. U.S. Secret Serv. Agency, No. 8:12-cv-03279-PJM (D. Md. Nov. 28, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED